**Clorey Eugene FRANCE, Petitioner—Appellant,**

v.

**State of NORTH CAROLINA, Respondent–Appellee.**

No. 14–6827.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 23, 2014.

Decided: Oct. 2, 2014.

Clorey Eugene France, Appellant Pro Se. Mary Carla Babb, Assistant Attorney General, Clarence Joe DelForge, III, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Clorey Eugene France appeals the district court's order denying his motion for mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *France v. North Carolina,* No. 1:13–cv–00250–JAB–LPA (M.D.N.C. Apr. 30, 2014). We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*